# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.  16-cr-30045 |
| | ) | |
| NOMAN HIZAM, | ) | The Honorable |
| | ) | Sue E. Myerscough, |
| | ) | United States |
| | ) | District Judge, |
| Defendant. | ) | Presiding. |

## MOTION TO WITHDRAW
## AS ATTORNEY OF RECORD FOR DEFENDANT

**NOW COMES** Mark Kevin Wykoff, Sr. of the Wykoff Law Office, LLC, and in support of his Motion to Withdraw as Attorney of Record for Defendant, states to this Honorable Court as follows, that:

1. On or about July 27, 2017, undersigned counsel entered his appearance in the above-styled cause.  Subsequent thereto, attorney Ralph Meczyk entered the cause as lead counsel and then aptly withdrew shortly thereinafter.

1

2. Extensive time and energies have been expended by undersigned counsel in attempting to resolve the instant matter in a manner that is in the best interests of the Defendant.

3. Throughout the representation, and increasingly so as of recent with the restoration of the undersigned to the role of lead counsel, undersigned counsel and the Defendant have had a number of disagreements as to how the instant matter should be litigated.

4. Said efforts by undersigned counsel to resolve the matter in such a way that is perceived to be optimal on the Defendant's facts and the controlling law have been met with scorn and rebuff by the Defendant who is seemingly better versed on federal criminal law and procedure on the advice of unidentified peripheral actors.

5. While undersigned counsel appreciates Defendant's input as to strategy, undersigned counsel cannot permit Defendant to control it.  To do otherwise would constitute the ineffective assistance of counsel.

6. It has become moreso clear since the withdraw of attorney Meczyk that the relationship between counsel and the Defendant has been irreparably fractured.

7. There has moreover been a substantial breakdown in attorney-client communication based upon repeated misrepresentations by the Accused to counsel, in addition to other untoward assertions by the Accused to counsel. Defendant has made a number of recent telephone calls to the Wykoff Law Office stating that he "is firing Mr. Wykoff."

8. Undersigned counsel can no longer provide the accused with the vigorous defense to which he is entitled.

9. Counsel for the Defendant respectfully prays that this Honorable Court permit him to withdraw due to the referenced substantial breakdown in attorney-client communication.

10. Counsel for the Defendant will fully cooperate with Defendant's new attorney to turn over all pertinent materials and work product in a timely and orderly fashion so as to ensure a seamless transition of counsel.

11. Defendant has already had discussions with a prospective retained counsel to assume stewardship of this case.

12. This motion is not brought for the purposes of delay, but is in the best interests of all parties to the cause.

13. Neither the rights of the Government, nor those of the Defendant will be jeopardized by the granting of the relief sought herein.

**WHEREFORE,** undersigned counsel, Mark Kevin Wykoff, Sr., respectfully prays that this Honorable Court, for all of the reasons set forth herein, grant his Motion to Withdraw as Counsel and for such other and further relief as this Honorable Court deems just and equitable.

Respectfully Submitted,

**WYKOFF LAW OFFICE, LLC**

By: /s *Mark Kevin Wykoff, Sr.*
Mark Kevin Wykoff, Sr.
Reg. No. 6292093
Attorney for Defendant
Wykoff Law Office, LLC
919 South Eighth Street
Springfield, Illinois 62703
Telephone: (217) 522-3319
Fax: (217) 522-4147
E-mail: Mark@WykoffLaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Mr. Timothy A. Bass, Esq.
Assistant U.S. Attorney
U. S. Attorney's Office
318 South 6th Street
Springfield, IL 62701

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Mr. Noman Hizam
c/o Macon County Jail
333 S. Franklin St.
Decatur, IL 62523

/s *Mark Kevin Wykoff, Sr.*
Mark Kevin Wykoff, Sr.
Reg. No. 6292093
Attorney for Defendant
Wykoff Law Office, LLC
919 South Eighth Street
Springfield, Illinois 62703
Telephone: (217) 522-3319
Fax: (217) 522-4147
E-mail: Mark@WykoffLaw.com